NO JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JMT INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>INTERMATIC INC., ET AL, <br><br>　　　　Defendants. | **Case No: 2:15-CV-08603 BRO-JC** <br> **c/w  2:15-CV-09320-BRO-JC** <br><br> **Judgment Following Jury Verdict** |
| SENTRY MUTUAL INSURANCE COMPANY, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>INTERMATIC INC., ET AL, <br><br>　　　　Defendants. | |

　　　　Following a jury trial in which the jury reached a unanimous verdict in favor of defendant INTERMATIC INCORPORATED ("INTERMATIC") on all claims against said defendant (Dkt. 170) in these consolidated actions, judgment is hereby entered in favor of defendant INTERMATIC and against plaintiffs JMT,

{00017001.DOC}

**JUDGMENT FOLLOWING JURY VERDICT**

INC. and SENTRY MUTUAL INSURANCE COMPANY. Plaintiffs shall recover nothing against defendant INTERMATIC and the actions filed by plaintiffs JMT, INC. and SENTRY MUTUAL INSURANCE COMPANY shall be dismissed on their merits as to defendant INTERMATIC, with prejudice.

Defendant INTERMATIC, as the prevailing party, is entitled to recover costs from plaintiffs JMT, INC. and SENTRY MUTUAL INSURANCE COMPANY, jointly and severally, pursuant to F.R.C.P. 54 and Local Rule 54.

IT IS SO ORDERED.

DATED: May 3, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge