A. LOUIS DORNY (SBN: 212054)
   ldorny@gordonrees.com
WEISS B. HAMID (SBN: 300792)
   whamid@gordonrees.com
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Plaintiff
JMT INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JMT INC., a California Corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>INTERMATIC INC., an Illinois Corporation; BROAN-NUTONE, LLC, a Delaware Corporation, and DOES 1 to 10, inclusive,<br><br>       Defendants.<br><br>AND CONSOLIDATED ACTION. | CASE NO. 2:15-cv-08603-BRO-JC<br>C/W     2:15-cv-09320-BRO-JC<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

Upon review of the Stipulation,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is dismissed with prejudice pursuant to FRCP 41(a)(1). All parties to bear their own costs.

**IT IS SO ORDERED**.

Dated: September 21, 2017

*/s/ Virginia A. Phillips*
Beverly Reid O'Connell
United States District Judge